■ In the Matter of JAVON GONZALEZ, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [33 NYS3d 773]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have

been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, the petition must be dismissed as moot (*see Matter of Vail v Bedard*, 136 AD3d 1096 [2016]; *Matter of Kagan v Lewin*, 134 AD3d 1386 [2015]). Petitioner also requests that his $15 reduced filing fee be refunded and the record discloses that he paid this amount (*see Matter of Clark v New York State Dept. of Corr. & Community Supervision*, 138 AD3d 1331, 1332 [2016]; *Matter of Warmus v Kaplan*, 133 AD3d 1026, 1027 [2015]; *Matter of McKethan v Prack*, 111 AD3d 1046, 1046 [2013]).

McCarthy, J.P., Rose, Lynch, Mulvey and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.